JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REPUBLIC OF KOREA,           ) | Case No. 2:14-CV-731-DMG (JCGx) |
| )                              | |
| Petitioner,      ) | **JUDGMENT** |
| )                              | |
| v.                             ) | |
| )                              | |
| TRIDENT AUTOTECH               ) | |
| CORPORATION, a California      ) | |
| corporation; and DOES 1-50, inclusive, ) | |
| )                              | |
| Respondents.    ) | |
| )                              | |

1  Pursuant to the Court's March 14, 2014 Order on Petitioner Republic of
2  Korea's ("Petitioner") Motion to Confirm Foreign Arbitral Award confirming the
3  Korean Commercial Arbitration Board, dated August 26, 2013, in favor of Petitioner
4  and against Respondent Trident Autotech Corporation,

6  JUDGMENT IS HEREBY ENTERED in favor of Republic of Korea and
7  against Trident Autotech Corporation in the amount of $3,976,147.71, which shall
8  bear interest at the rate of 20% per year from January 8, 2013.  The judgment shall
9  include costs to be taxed by the Clerk of Court.

11  DATED:  March 14, 2014

*(signature)*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE